JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ALLEN TRIVETTE,<br>      Plaintiff,<br>   v.<br>ANDREW M. SAUL, Commissioner of Social Security,<br>      Defendant. | NO. EDCV 19-1066-KS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: June 29, 2020

                                                 _____
                                                 KAREN L. STEVENSON
                                       UNITED STATES MAGISTRATE JUDGE